UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Misc. No. 08-0021-KD-M |
| | * | |
| | * | |
| JULIE GOOD, | * | |
| | * | |
| Respondent. | * | |

## ORDER

This matter is before the court on respondent, Julie Good's, "Motion to Request Interview to Take Place in Daphne Municipal Courthouse" (doc. 10) filed February 18, 2009. Mrs. Good moves the court to "allow [her] to fulfill her obligation of the enforced summons at the Daphne Municipal Courthouse on the assigned date" on the grounds, in sum, that it would be a hardship on her to drive to West Mobile for the interview. Upon consideration, the motion to change the location of the interview is **GRANTED.**[1]

Respondent, Julie Good, shall appear in person before IRS Revenue Officer Richard Wilder, or any other officer designated by the IRS, at the following location: **Daphne Municipal Courthouse, 1502 U.S. Hwy.98, Daphne, AL 36532, (251) 621-2824  on Friday, February 27,**

---

[1] The staff of the undersigned contacted the AUSA assigned to this action and he expressed that the government had no objection to the change in location.

**2009, at 9:00 a.m.,** [2] at which time Respondent shall comply fully with the Summons and produce books, papers, records, or other requested information, or give testimony in accordance with the summons.

      DONE this the 19th day of February 2009.

                              /s/ Kristi K. DuBose
                              **KRISTI K. DuBOSE**
                              **UNITED STATES DISTRICT JUDGE**

---

[2] The only change is the location of the interview. The date and time, as set out in the court's original order (doc. 8), remain unchanged.